UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CV-00077-BR

| | | |
|---|---|---|
| JOAN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| JAMES LEE, | ) | |
| CUMBERLAND COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' motion for an order enforcing the parties' 14 March 2011 settlement agreement. (DE # 11.) Plaintiff filed a response to the motion. (DE # 12.) Plaintiff's counsel acknowledges that the parties reached a settlement on 14 March 2011. (Id.) However, counsel indicates that she has been unable to obtain the signature of Joan Williams, the guardian ad litem for the minor plaintiff, on the settlement release. (Id.) Williams has recently been relieved as the guardian ad litem, and attorney Kevin Vidunas appointed in her place. (DE # 16.) Accordingly, the motion for an order enforcing the settlement agreement is DENIED WITHOUT PREJUDICE.

This 2 October 2012.

W. Earl Britt
Senior U.S. District Judge